UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL DANIELS,<br><br>        Plaintiff,<br><br>v.<br><br>PETER SIMUNEK, et al.,<br><br>        Defendants. | Case No. 06-CV-1235-BEN (JMA)<br><br>**ORDER (1) RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE AND (2) CONVERTING CONFERENCE TO A TELEPHONIC CONFERENCE WITH COUNSEL ONLY** |

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for December 12, 2006 at 10:00 a.m. is <u>rescheduled</u> for **December 13, 2006** at **2:00 p.m.** The conference shall now be held <u>telephonically</u> with <u>counsel only</u>. Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: December 6, 2006

                                                                  Jan M. Adler
                                                                  U.S. Magistrate Judge