UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL DANIELS, | Case No. 06-CV-1235-BEN (JMA) |
| Plaintiff, | **ORDER FOLLOWING TELEPHONIC EARLY NEUTRAL EVALUATION** |
| v. | **CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF** |
| PETER SIMUNEK, et al., | **TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

On December 13, 2006 at 2:00 p.m., the Court convened a telephonic Early Neutral Evaluation Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by <u>January 2, 2007</u>;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>January 16, 2007</u>;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>January 16, 2007</u>

1  (the parties should consult Rule 26(f) for the substance of the
2  discovery plan); and,
3      4.   Pursuant to Rule 16(b) of the Federal Rules of Civil
4  Procedure, a telephonic Case Management Conference shall be held
5  on **January 31, 2007** at **9:00 a.m.** before Magistrate Judge Adler.
6  All counsel and unrepresented parties shall appear telephonically
7  at this conference.  The Court will initiate the conference call.
8      Failure of any counsel or party to comply with this Order
9  will result in the imposition of sanctions.
10     **IT IS SO ORDERED.**

12 DATED:   December 14, 2006

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge