1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11  RAQUEL DANIELS,                  )  Case No. 06-CV-1235-BEN (JMA)
                                     )
12               Plaintiff,          )  **ORDER SCHEDULING TELEPHONIC**
                                     )  **CASE MANAGEMENT CONFERENCE**
13  v.                               )
                                     )
14  PETER SIMUNEK, et al.,           )
                                     )
15               Defendants.         )
                                     )
16  ─────────────────────────────    )

17        The Court convened a telephonic Case Management Conference

18  on May 2, 2007 at 9:00 a.m.

19        **IT IS HEREBY ORDERED** that a telephonic Case Management

20  Conference shall be held on **August 2, 2007** at **9:00 a.m.**  Counsel

21  for each party shall participate in the conference.  The Court

22  will initiate the conference call.

23        **IT IS SO ORDERED.**

24  DATED:  May 2, 2007

25                                   _____
                                     Jan M. Adler
26                                   U.S. Magistrate Judge

27

28

                                                              06cv1235