UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAQUEL DANIELS, | ) | Case No. 06-CV-1235-BEN (JMA) |
| | ) | |
| Plaintiff, | ) | **ORDER 1) VACATING MANDATORY** |
| | ) | **SETTLEMENT CONFERENCE AND 2)** |
| v. | ) | **REGARDING SETTLEMENT** |
| | ) | **DISPOSITION CONFERENCE** |
| PETER SIMUNEK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The parties have informed the Court that the case has settled. Accordingly, **IT IS HEREBY ORDERED**:

1. The Mandatory Settlement Conference scheduled for October 18, 2007 at 10:00 a.m. is vacated.

2. The attorneys must personally appear for a Settlement Disposition Conference on **November 13, 2007** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address,

06cv1235

prior to that time.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED:  October 15, 2007

_____
Jan M. Adler
U.S. Magistrate Judge

---

[1] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.